■ CALLANAN INDUSTRIES, INC., Appellant, v STATE OF NEW YORK, Respondent. (Claim Nos. 58172, 58386, 58387, 58479, 58480, 58481.)—Appeals from judgments of the Court of Claims, entered May 26, 1977, which denied claimant's claims for further compensation on six contracts involving reconstruction and preservation of shoulders on State highways. Judgments affirmed, without costs, on the opinion of Rossetti, J., at the Court of Claims. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.